UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI,<br><br>                              Plaintiff,<br><br>-against-<br><br>JOSEPH R. BIDEN; THE UNITED STATES OF AMERICA; MERRICK BRIAN GARLAND; UNITED STATES DEPARTMENT OF JUSTICE; ALEJANDRO MAYORKAS; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER; U.S. CUSTOMS AND BORDER PROTECTION; PATRICK J. LECHLEITNER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR M. JADDOU, PATRICK J. LECHLEITNER; THE CITY OF NEW YORK; ERIC ADAMS,<br><br>                              Defendants. | 23-CV-8440 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 6, 2023
            New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge